# IN THE UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# CENTRAL DIVISION

**HUEGUETTE NICOLE YOUNG**                                                       **PLAINTIFF**

**v.**                                   **4:20-CV-01185-BRW**

**LESLIE RUTLEDGE,** *ET AL.*                                                **DEFENDANTS**

## ORDER

Plaintiff is a "long haul truck driver who is currently in between jobs" and a resident of Oregon. Plaintiff asserts that her "right to free speech will be violated . . . should [she] decide to take a trucking job that has her working in, or passing through, Arkansas because [she] will be required to wear a mask while doing routine shopping for supplies at Walmart in Arkansas . . . ."[1] Plaintiff asserts that requiring people to wear masks violates the Constitution because masks "literally block[] Plaintiff's ability to speak audibly and clearly . . . ."[2]

First, Plaintiff lacks standing to bring this case in Arkansas.[3] Second, even if she had standing, the case must be dismissed, because Plaintiff's Complaint is nonsensical and states no cause of action against Defendants for which relief may be granted.[4] Accordingly, this case is DISMISSED. All pending motions (Doc. Nos. 1, 3, 4) are DENIED.

IT IS SO ORDERED this 7th day of October, 2020.

                                                                   Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] *Id.*

[3] *Pucket v. Hot Springs Sch. Dist. No. 23-2*, 526 F.3d 1151, 1156–57 (8th Cir. 2008) (quoting *Delorme v. United States*, 354 F.3d 810, 815 (8th Cir. 2004) ("Standing, however, is a jurisdictional requirement, and thus 'can be raised by the court *sua sponte* at any time during the litigation.'").

[4] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991) (holding that a district court has the authority to dismiss a case *sua sponte* for failure to state a claim).

1